UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SCOTT HULBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>F. LECKIE, et al.,<br><br>   Defendants. | No. 2:22-cv-0082 WBS AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file a first amended complaint ("FAC"). ECF No. 16. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is GRANTED, and

2. Within thirty days from the date of this order, plaintiff shall file a first amended complaint.

DATED: September 28, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE