UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SCOTT HULBERT, | No. 2:22-cv-0082 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| F. LECKIE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2022, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 13.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations issued August 30, 2022 (ECF No. 13) are ADOPTED in full;

1

      2.  Plaintiff's two motions for temporary restraining orders (ECF Nos. 3, 9) are DENIED, and

      3.  Plaintiff's two requests for hearings on his two motions for temporary restraining orders (ECF Nos. 10, 11) are DENIED as moot.

Dated:  October 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

hulb0082.800

2