UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SCOTT HULBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>F. LECKIE, et al.,<br><br>    Defendants. | No. 2:22-cv-0082 WBS AC P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On June 6, 2024, this matter was referred to the post-screening ADR pilot project and was stayed. The settlement conference was conducted on November 13, 2024 and the case did not settle. As a result, the stay of this action is lifted. Defendant shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendant shall file a responsive pleading within thirty days from the date of this order.

DATED: November 21, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE