1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN SCOTT HULBERT,                    No.  2:22-cv-0082 WBS AC P

12              Plaintiff,

13        v.                                  ORDER

14   LECKIE, et al.,

15              Defendants.

16

17        On October 16, 2025, defendant filed a motion for summary judgment.  ECF No. 41.

18   Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that

19   within twenty-one days after the filing date of this order, plaintiff shall file and serve an

20   opposition to the motion for summary judgment or a statement of non-opposition.  Failure to

21   comply with this order will result in a recommendation that this action be dismissed without

22   prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

23   DATED: December 1, 2025

24                                            ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1